WADE H. HAWLEY, as Administrator of the Estate of IRENE DUPPEE, Deceased, Respondent, *v.* RICHARD A. CORROON, JR., et al., Appellants.

Submitted May 20, 1941; decided June 12, 1941.

*James A. Hughes* for appellants.

*Emanuel Forst, Max Forst* and *Edward J. S. Farrell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.